# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WILLIAMS,<br><br>    Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No.: 2:23-cv-01090-GMN-DJA<br><br>**Order Granting Extension of Time to Respond to Petition to December 29, 2023**<br><br>(ECF No. 10) |

Respondents seek an extension of time to file a response to Willie Williams' *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 10.) Good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to respond to the petition **(ECF No. 10) is GRANTED** *nunc pro tunc*. **The deadline to file the reply is extended to December 29, 2023**.

DATED: 15 November 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE