**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE WILLIAMS, | Case No.: 2:23-cv-01090-GMN-DJA |
| Petitioner | **Order Granting Extension of Time to Respond to Petition to January 19, 2024** |
| v. | |
| BRIAN WILLIAMS, *et al*., | (ECF No. 13) |
| Respondents. | |

Respondents seek an extension of time to file a response to Willie Williams' *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 13.) Good cause appearing,

IT IS ORDERED that respondents' second motion for extension of time to respond to the petition **(ECF No. 13) is GRANTED** *nunc pro tunc*. **The deadline to file the response is extended to January 19, 2024**.

DATED: 29 December 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE